# IN THE UNITED STATES DISTRICT COURT FOR
# THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| THOMAS WARE, et al., | ) |
| *Plaintiffs,* | ) |
| | ) No. 3:11-cv-00411 |
| v. | ) Judge Nixon |
| | ) Magistrate Judge Knowles |
| T-MOBILE USA and DEUTSCHE TELEKOM AG, | ) |
| | ) JURY DEMAND |
| *Defendants.* | ) |

## ORDER

Pending before the Court is Plaintiffs' Notice of Voluntary Dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i). (Doc. No. 29.) Accordingly, the Court **ORDERS** that Defendant Deutsche Telekom AG be **DISMISSED without prejudice**. The Court **DIRECTS** the Clerk to dismiss Deutsche Telekom AG as a Defendant in this action.

It is so ORDERED.

Entered this the 12 day of July, 2011.

JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT