IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| THOMAS WARE, LANCE WYSS, CHRISTIAN ZARAGOZA, JEFFREY FITE, and JOSHUA CALLIS, on behalf of themselves and all similarly situated individuals,<br><br>    Plaintiffs,<br>v.<br><br>T-MOBILE USA,<br><br>    Defendant. | No. 3:11-cv-00411<br>Judge Nixon<br>Magistrate Judge Knowles<br><br>JURY DEMAND |

## ORDER

I hereby **RECUSE** myself in this action. The file shall be returned to the clerk for reassignment.

It is so ORDERED.

Entered this \_\_\_23rd\_\_\_ day of August, 2011.

                                                       JOHN T. NIXON, SENIOR JUDGE
                                                       UNITED STATES DISTRICT COURT