# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| THOMAS WARE, LANCE WYSS, CHRISTIAN ZARAGOZA, JEFFREY FITE, JOSHUA CALLIS, on behalf of themselves and all similarly situated, | ) ) ) ) ) ) ) ) ) ) ) ) ) |
| Plaintiffs, | |
| v. | Civil No. 3:11-0411 |
| T-MOBILE USA, | |
| Defendant. | |

## O R D E R

Upon reassignment of this case to Judge Trauger, the reference to Magistrate Judge Knowles is hereby **WITHDRAWN**, and the telephonic initial case management conference scheduled with Magistrate Judge Knowles is **CANCELLED**. The court will reschedule the initial case management conference after ruling upon the Plaintiffs' Motion For Expedited Court-Supervised Notice (Docket No. 36), the response to which is due by September 12, 2011.

It is so **ORDERED.**

Enter this 26th day of August 2011.

ALETA A. TRAUGER
U.S. District Judge